# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WAYNE WHITCOMB, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CONTINENTAL CAFÉ', INC., d/b/a CONTINENTAL CANTEEN and CONTINENTAL SERVICES, jointly and severally,

    Defendants.

Case No. 2:15-cv-12363-GAD-MJH
HON. GERSWHIN A. DRAIN

---

PITT McGEHEE PALMER &
RIVERS, P.C.
Megan Bonanni (P52079)
Kevin M. Carlson (P67704)
Attorneys for Plaintiff
117 West Fourth Street, Suite 200
Royal Oak, MI 48067
(248) 398-9800
Fax: (248) 398-9804
mbonanni@pittlawpc.com
kcarlson@pittlawpc.com

BODMAN PLC
Maureen Rouse-Ayoub (P46301)
John C. Cashen (P31603)
Attorneys for Defendants
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
(313) 392-1058
Fax: (313) 393-7579
mrouse-ayoub@bodmanlaw.com
jcashen@bodmanlaw.com

---

## SUPPLEMENT TO DEFENDANTS' (*SIC*) MOTION TO DISMISS

Attached is a supplemental copy of Exhibit 2 to Defendants' (Sic) Motion to Dismiss, which is filed because page 2 of Exhibit 2 was inadvertently omitted from the filing on November 13, 2015.

Detroit_7586485_1

BODMAN PLC

By: /s/Maureen Rouse-Ayoub
Maureen Rouse-Ayoub (P46301)
John C. Cashen (P31603)
Attorneys for Defendant
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
(313) 392-1058
mrouse-ayoub@bodmanlaw.com
jcashen@bodmanlaw.com

Dated: November 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2015, I electronically filed the foregoing paper with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

mbonanni@pittlawpc.com

kcarlson@pittlawpc.com

BODMAN PLC

By: /s/Maureen Rouse-Ayoub
Maureen Rouse-Ayoub (P46301)
John C. Cashen (P31603)
Attorneys for Defendant
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
(313) 392-1058
mrouse-ayoub@bodmanlaw.com
jcashen@bodmanlaw.com

Dated: November 16, 2015

# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE WHITCOMB, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

CONTINENTAL CAFÉ, INC., d/b/a
CONTINENTAL CANTEEN and
CONTINENTAL SERVICES, jointly
and severally,

    Defendants.

Case No. 2:15-cv-12363-GAD-MJH
HON. GERSHWIN A. DRAIN

---

| PITT McGEHEE PALMER & RIVERS, P.C. | BODMAN PLC |
|---|---|
| Megan Bonanni (P52079) | Maureen Rouse-Ayoub (P46301) |
| Kevin M. Carlson (P67704) | John C. Cashen (P31603) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 117 West Fourth Street, Suite 200 | 6th Floor at Ford Field |
| Royal Oak, MI 48067 | 1901 St. Antoine Street |
| (248) 398-9800 | Detroit, MI 48226 |
| Fax: (248) 398-9804 | (313) 392-1058 |
| mbonanni@pittlawpc.com | Fax: (313) 393-7579 |
| kcarlson@pittlawpc.com | mrouse-ayoub@bodmanlaw.com |
| | jcashen@bodmanlaw.com |

---

## AFFIDAVIT OF JIM BELISLE

STATE OF MICHIGAN   )
                              ) SS.
COUNTY OF MACOMB   )

    Jim Belisle, being first duly sworn, states:

1.      I am the Senior Vice President and Chief Financial Officer for Continental Café, Inc. ("Continental"), a position I have had for seven (7) years.

2.      Wayne Whitcomb ("Whitcomb") was previously employed as a route driver for Continental. Whitcomb was responsible for servicing and filling vending machines for assigned customers of Continental in the Detroit metropolitan area.

3.      A route driver begins each work day by reporting to the facility to pick up his assigned Continental truck.

4.      Route drivers, including Whitcomb, carry a handheld device that is used to scan each vending machine. The handheld device records the time of each scan on the route throughout the day. At the end of each day, the information recorded by the handheld is downloaded when the route driver returns to the facility.

5.      Continental has calculated the alleged overtime hours worked by Whitcomb through the data recorded by him on his handheld device. No deductions were made for lunch or breaks. One (1) hour per day was added to the calculation for travel and preparation to service the route. Alleged overtime compensation was then determined by applying 150% of Whitcomb's regular rate to such overtime hours.

6.  On October 5, 2015, Continental made an Offer of Judgment to Whitcomb in the amount of Fourteen Thousand Nineteen and 90/100 ($14,019.90) Dollars and reasonable attorney fees, costs and expenses to be determined by the Court. Such amount was the result of the overtime calculation. Such Offer of Judgment constitutes all possible damages available to Whitcomb.

7.  If called upon to testify, I may do so based upon my personal knowledge.

*[signature]*
Jim Belisle

Dated: *11-12-2015*

Subscribed and sworn to before
me this *12th* day of *Nov*, 2015

*[signature]*
Jennifer Gasiecki
Notary Public, *Oakland* County, Michigan
Acting in *Macomb* County, Michigan
My Commission Expires: *2/10/22*